IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL REVELLO and MICHAEL REVELLO, Individually and as Administrators of the Estate of Andrew Revello, Deceased )<br><br>Plaintiffs, )<br><br>vs. )<br><br>BUTLER HEALTHCARE PROVIDERS *d/b/a* BUTLER MEMORIAL HOSPITAL; GEOFFREY MANN, M.D.; BUTLER EMERGENCY PHYSICIAN ASSOCIATES, LTD.; and JOANNE MAHLMEISTER, RN )<br><br>Defendants. ) | CASE NO.  2:15-cv-01146-AJS<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

**STIPULATION TO DISMISS WITH PREJUDICE, Fed.R.Civ.P. 41(a)(ii)**

NOW COME the parties who hereby file this Stipulation to Dismiss with Prejudice,

pursuant to Federal Civil Rule 41(a)(ii).

Respectfully submitted,

/s/ Aaron P. Berg
DONALD E. CARAVONA (OH Reg. 0029855)
AARON P. BERG (OH Reg. 0074045)
**CARAVONA & BERG, LLC**
50 Public Square, Suite 1900
Cleveland, Ohio  44113
(216) 696-6500
(216) 696-1411 (facsimile)
dcaravona@cbjustice.com
aberg@cbjustice.com
*Attorneys for Plaintiffs*

So ordered.
Signed 6-27-16.

MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

/s/ John D. Eddy
JOHN D. EDDY (PA ID# 32150)
EDDY, DELUCA, GRAVINA & TOWNSEND
Manor Building Penthouse
564 Forbes Avenue
Pittsburgh, PA  45219
(412) 281-5336
eddy@pghlaw.com
*Attorneys for Plaintiffs*


/s/ James W. Kraus
James W. Kraus (PA ID# 56881)
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
412-263-2000
JWK@Pietragallo.com
*Attorney for Defendant, Butler Healthcare
Providers d/b/a/ Butler Memorial Hospital*


/s/ John A. Bass
John A. Bass (PA ID# 52690)
**Burns White LLC**
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212
412-995-3122
jabass@burnswhite.com
*Attorney for Defendants, Geoffrey Mann, M.D.;
Butler Emergency Physician Associates, Ltd.; and
Joanne Mahlmeister, RN*